# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2016

153748

*In re* HUBBARD, Minors

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153748
COA: 328872
Wayne CC Family Division:
13-514247-NA

_____/

On order of the Court, the application for leave to appeal the April 19, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2016

t0614



Clerk